**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:20CR338** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **- vs -** | ) | |
| | ) | **MINUTES & ORDER RE: SUPERVISED** |
| | ) | **RELEASE VIOLATION** |
| **DOMINIC VINCENT GRASSO,** | ) | **HEARING** |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on August 24, 2021, upon the request of the probation office for a finding that the defendant violated the conditions of supervised release. A petition was presented for action of the Court for cause as referenced on the July 21, 2021, violation report. (Doc #: 43)

The defendant was present and represented by Assistant Federal Public Defender Timothy Ivey. Assistant U.S. Attorney Bryson Gillard was present on behalf of the government. U.S. Probation Officer Benjamin Jurevicius was present on behalf of U.S. Pretrial Services and Probation. The Court adopts Magistrate Judge David A. Ruiz's Report and Recommendation, Doc #: 50, and finds the defendant violated the terms of conditions of supervised release.

Upon consideration, and for the reasons stated on the record, the Court revoked supervised release and sentenced the defendant to a term of **80 months custody** of the Bureau of Prisons. Defendant to receive credit for time served. Upon release, the defendant's term of supervised release is to continue as previously ordered. As an added condition of supervised released, the defendant shall participate in the Location Monitoring Program for **sixty (60)**

1

**days**, at the discretion of the Probation Officer. Prior to the defendant's release, the Court

directs the Probation Officer to confirm the defendant's residence. If the residence cannot be

confirmed, the Probation Officer is to submit a supplemental report to the Court.

      IT IS SO ORDERED.

*/s/**Dan Aaron Polster**_____  **8/24/2021**
Dan Aaron Polster
United States District Judge
